IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ELTON WENDELL GARRETT                                                                PLAINTIFF

VERSUS                                             CIVIL ACTION NO. 1:12-cv-362-HSO-JMR

MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.                      DEFENDANTS

FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is dismissed without prejudice, pursuant to Fed.R.Civ.P. 41(b).

**SO ORDERED AND ADJUDGED**, this the 20th day of March, 2013.

*s/Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE